

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**1/26/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

msts

# ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

Case Number: 09-45113 - B - 7

Debtor Name(s) and Address(es):

Andres Cruz Lopez
5975 Silver Oak Cir
Stocton, CA 95219

Thelma G. Lopez
5975 Silver Oak Cir
Stocton, CA 95219

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above-entitled case be and the same is hereby closed.

Dated: 1/26/10

Richard G. Heltzel
Clerk of Court